# EXHIBIT B

# Patent Claims Analysis
## of
## US7523497 "Packet flooding defense system"

## against
## OPSWAT MetaDefender

# US7523497B2

United States

| | |
|---|---|
| Inventor | Donald N. Cohen |
| Current Assignee | Pacsec3 LLC |

## Worldwide applications

2000 US 2001 ~~WO~~ 2004 US

## Application US10/841,064 events

| | |
|---|---|
| 2000-11-16 | Priority to US09/715,813 |
| 2004-05-07 | Application filed by Cohen Donald N |
| 2004-11-18 | Publication of US20040230839A1 |
| 2009-04-21 | Application granted |
| 2009-04-21 | Publication of US7523497B2 |
| 2020-10-02 | First worldwide family litigation filed |
| Status | Active |
| 2022-11-05 | Adjusted expiration |

Owner name: PACSEC3 LLC, TEXAS

Free format text: ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:COMPUTING SERVICES SUPPORT SOLUTIONS, INC.;REEL/FRAME:053526/0117

Effective date: 20200812

CLAIMS

10. A method of providing packet flooding defense for a network comprising a plurality of host computers, routers, communication lines and transmitted data packets, said method comprising the steps of:

determining a path by which data packets arrive at said router via packet marks provided by routers leading to said host computer; said path comprising all routers in said network via which said packets are routed to said computer;

classifying data packets received at said router via packet marks provided by routers leading to said host computer by path;

associating a maximum acceptable transmission rate with each class of data packet received at said router; and

allocating a transmission rate equal to or less than said maximum acceptable transmission rate for unwanted data packets.

| US7523497 Claim 10 | OPSWAT |
|---|---|
| 10. A method of providing packet flooding defense for a network comprising a plurality of host computers, routers, communication lines and transmitted data packets, said method comprising the steps of: | <br><br>OPSWAT MetaDefender has a packet flooding defense system for a network comprising a plurality of host computers (as can be seen in the red solid box) , routers, for example, "Core router/firewall" and "Gateways" as can be seen in the blue solid boxes, communication lines, as can be seen with the green arrows and transmitted data packets, for example, the OPSWAT MetaDefender says on its website "The Routing Mode packet filter performs stateful evaluation of the data stream, selectively filtering out undesired data packets."  This means the network comprises transmitted data packets.<br><br>https://www.opswat.com/blog/how-single-platform-secures-enterprise-networks-zero-trust<br>https://docs.opswat.com/mdif4p/network-security/global-setting |

| US7523497 Claim 10 | OPSWAT |
|---|---|
| determining a path by which data packets arrive at said router via packet marks provided by routers leading to said host computer; said path comprising all routers in said network via which said packets are routed to said computer; |  MetaDefender Access Network Boundary Security Access and Access Architecture<br><br>**Strict Security Boundaries with OPSWAT MetaDefender Access**<br><br>OPSWAT MetaDefender Access addresses both secure access and device compliance in a single platform whether end users are at home, at the office, or at remote locations, and whether data and applications are on premises or in the cloud. When users connect to the network, MetaDefender Access checks the compliance on endpoints and examines devices with standard security checks, such as OS and Anti-virus, and then goes much deeper with a risk and vulnerability evaluation and the ability to detect and fingerprint over 5,000 third-party applications. At the same time, it can also be integrated with MetaDefender Core to provide higher security for enterprises.<br><br>In this menu, you can configure the settings for the Routing Mode packet filter. This packet filter contains rules that the device sequentially applies to the data stream on its router interfaces. The Routing Mode packet filter performs stateful evaluation of the data stream, selectively filtering out undesired data packets.<br><br>https://www.opswat.com/blog/how-single-platform-secures-enterprise-networks-zero-trust<br><br>Plaintiff contends that OPSAWT MetaDefender has a system for determining a path by which data packets arrive at a "Core Router/ Firewall"  via packet marks provided by routers leading to the host computer. OPSWAT MetaDefender says on their website, "MetaDefender Access checks the compliance on endpoints and examines devices with standard security checks, such as OS and Anti-virus, and then goes much deeper with a risk and vulnerability evaluation and the ability to detect and fingerprint over 5,000 third-party applications. At the same time, it can also be integrated with MetaDefender Core to provide higher security for enterprises." And "The Routing Mode packet filter performs stateful evaluation of the data stream, selectively filtering out undesired data packets", this means MetaDefender Access can determine the path the data packets take because MetaDefender checks compliance on the endpoints. |

| US7523497 Claim 10 | OPSWAT |
|---|---|
| classifying data packets received at said router via packet marks provided by routers leading to said host computer by path; | **ICMP Protection:** Filters malicious ICMP packets to prevent attacks like ping floods.<br><br>**Null Scan Filter Function:** Blocks null scan attacks by filtering packets with no flags set.<br><br>**Xmas Filter Function:** Prevents Xmas scan attacks by blocking packets with FIN, URG, and PSH flags set.<br><br>**SYN/FIN Filter Function:** Detects and blocks SYN/FIN scan attacks.<br><br>**TCP Offset Protection Function:** Ensures TCP packets have valid offsets to prevent manipulation.<br><br>**Min. Header Size Filter Function:** Blocks packets below the minimum TCP header size to prevent attacks with malformed packets.<br><br>Network Security - MetaDefender Industrial Firewall(MD-IF-4P) (opswat.com)<br>Plaintiff contends that MetaDefender can classify data packets, for example, OPSAWT says on their website, "Filters malicious ICMP packets to prevent attacks like ping floods", and "Blocks null scan attacks by filtering packets with no flags set." For example, this means the data packets can be classified as "malicious" and can be blocked and good packets are allowed to continue. |

| US7523497 Claim 10 | OPSWAT |
| --- | --- |
| associating a maximum acceptable transmission rate with each class of data packet received at said router; and | **Monitor Log:** Enable this option to log all traffic, whether it is allowed or blocked.<br><br>**Block IPv6:** Enable this option to block all IPv6 traffic.<br><br>**Block ICMP:** Enable this option to block ICMP (Internet Control Message Protocol) traffic.<br><br>Network Security - MetaDefender Industrial Firewall(MD-IF-4P) (opswat.com)<br><br>Plaintiff contends that since the data packets can be "blocked" when packets are deemed malicious, a maximum acceptable transmission rate for "blocked" packets would be zero. Alternatively, the maximum transmission rate for non-malicious data packets, for example, "allowed" would be the maximum transmission rate allowable by the system, because the packets would not require scanning, that would take more time and would require a slower transmission rate to allow for the scanning. |

| US7523497 Claim 10 | OPSWAT |
|---|---|
| allocating a transmission rate equal to or less than said maximum acceptable transmission rate for unwanted data packets. | **ICMP Protection:** Filters malicious ICMP packets to prevent attacks like ping floods.<br><br>**Null Scan Filter Function:** Blocks null scan attacks by filtering packets with no flags set.<br><br>**Xmas Filter Function:** Prevents Xmas scan attacks by blocking packets with FIN, URG, and PSH flags set.<br><br>**SYN/FIN Filter Function:** Detects and blocks SYN/FIN scan attacks.<br><br>**TCP Offset Protection Function:** Ensures TCP packets have valid offsets to prevent manipulation.<br><br>**Min. Header Size Filter Function:** Blocks packets below the minimum TCP header size to prevent attacks with malformed packets.<br><br>Network Security - MetaDefender Industrial Firewall(MD-IF-4P) (opswat.com)<br>Plaintiff contends that since the data packets can be "blocked" when packets are deemed unwanted, a maximum acceptable transmission rate for unwanted, "blocked", data packets would be zero. |